FILED
CLERK, U.S. DISTRICT COURT
JAN 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIPSA CARDENAS LOPEZ,<br><br>　　　　　Defendant. | Case No. CR 02-1263 JFW<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　　The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

　　　　The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.　　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) her lack of bail resources; (2) her unverified background; (3) the instant allegations indicate that she is not amenable to supervision; and (4) defendant submitted to detention request.

　　　　and/or

1  B.  ( ) The defendant has not met his/her burden of establishing by clear and convincing
2      evidence that he/she is not likely to pose a danger to the safety of any other person or the
3      community if released under 18 U.S.C. § 3142(b) or (c). This finding is based
4      on:_____
5      _____
6      IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
7  further revocation proceedings.
8  Dated: ____Jan. 30_____, 2009.
9
10                                          _____
                                             Fernando M. Olguin
                                             United States Magistrate Judge